

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00401-CV

**IN THE INTEREST OF G.S.A.**, et al., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00795
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED October 2, 2013.

_____
Rebeca C. Martinez, Justice